# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2026 KW 0360

VERSUS

DEDRICK MATTHEWS

**MAY 18, 2026**

---

In Re:   Dedrick Matthews, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 04-14-0587.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.**

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT